UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-CV-00278-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | |
| | ) | MINUTES OF THE COURT |
| vs. | ) | |
| | ) | DATE: August 26, 2010 |
| $73,090.00 in U.S. CURRENCY, | ) | |
| | ) | |
|     Defendant *in rem*. | ) | |

PRESENT:     EDWARD C. REED, JR.          U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN    Reporter:    NONE APPEARING

Counsel for Plaintiff(s)           NONE APPEARING

Counsel for Defendant(s)          NONE APPEARING

MINUTE ORDER IN CHAMBERS

    The Government has filed a Motion to Stay (#11), seeking a stay of responsive briefing regarding claimant's Motion to Dismiss (#10).  The Motion (#11) seeks a stay so that the Government need not respond to claimant's Motion to Dismiss (#10) until claimant has answered special interrogatories served by the Government, relating to claimant's identity and relationship to the defendant currency.  See Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Stay (#11) is **GRANTED**.

    The Government shall have until twenty-one (21) days after claimant has answered the special interrogatories within which time to respond to the Motion to Dismiss (#10).

LANCE S. WILSON, CLERK

By        /s/
           Deputy Clerk